No. 75–812.   CAWLEY, POLICE COMMISSIONER, CITY OF
NEW YORK, ET AL. *v.* VELGER.   C. A. 2d Cir.   Certiorari
granted.

No. 74–1638.   HORTONVILLE EDUCATION ASSN. ET AL.
*v.* HORTONVILLE JOINT SCHOOL DISTRICT No. 1 ET AL.
Sup. Ct. Wis.   Certiorari denied.

No. 74–6475.   EDWARDS, AKA MCARTHUR *v.* UNITED
STATES.   C. A. 5th Cir.   Certiorari denied.

No. 75–698.   LAKE MICHIGAN COLLEGE FEDERATION
OF TEACHERS *v.* LAKE MICHIGAN COMMUNITY COLLEGE
ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 75–729.   ANDERSON ET AL. *v.* BOARD OF EDUCA-
TION, PRINCETON CITY SCHOOL DISTRICT.   Ct. App. Ohio,
Hamilton County.   Certiorari denied.

No. 75–1051.   BLACK, REFORMATORY SUPERINTENDENT
*v.* MINOR.   C. A. 6th Cir.   Certiorari denied.

No. 75–1477.   LITTLE ET AL. *v.* OKLAHOMA ET AL.
Sup. Ct. Okla.   Certiorari denied.

No. 75–6129.   MCLAUGHLIN *v.* UNITED STATES.   C. A.
9th Cir.   Certiorari denied.

No. 75–6163.   YOUNG *v.* WHEALON, CORRECTIONAL
SUPERINTENDENT.   C. A. 6th Cir.   Certiorari denied.